IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

VS.   NO. 01-20156-Ma

GEROME BATES,

    Defendant-Petitioner.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the September 22, 205, motion for admission *pro hac vice* of Kevin M. Schad. Mr. Schad is a member in good standing of the bar of the state of Ohio and is admitted to practice before the following courts: United States Supreme Court; Supreme Court of the State of Ohio; United States Courts of Appeal for the District of Columbia and the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Central District of Illinois, Eastern and Western Districts of Michigan, Northern and Southern Districts of Ohio, Eastern District of Texas, and the Eastern District of Wisconsin. Mr. Schad has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the

motion is granted and Kevin M. Schad is admitted to participate in this action as counsel for Gerome Bates.

It is so ORDERED this **23rd** day of September, 2005.

                                                        _____
                                                        SAMUEL H. MAYS, JR.
                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 261 in case 2:01-CR-20156 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT